# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**
June 7, 2010

Lyle W. Cayce
Clerk

No. 09-50810
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

DIONNE WARD,

Defendant-Appellant

Appeal from the United States District Court
for the Western District of Texas
USDC No. 7:09-CR-23-1

Before JOLLY, WIENER, and ELROD, Circuit Judges.

PER CURIAM:[*]

Dionne Ward pleaded guilty to prescription fraud and was sentenced to 13 months of imprisonment and one year of supervised release.

Ward asserts in her attorney-prepared brief that her trial counsel was ineffective, that she should have received a lower sentence, and that her due process rights were violated. However, she does not provide any facts or arguments in support of these assertions. Because she has not briefed these

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

issues, she has abandoned them. *See Hughes v. Johnson*, 191 F.3d 607, 612-13 (5th Cir. 1999); *Beasley v. McCotter*, 798 F.2d 116, 118 (5th Cir. 1986).

AFFIRMED.